IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                                    Case No. 4:04-CR-40032

CLIFFORD H. PRUITT, JR.                                          DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Modify Sentence/Judgment. (Doc. 16) On

March 2, 2005, the Court sentenced Defendant to 16 months imprisonment and three years of

supervised release upon release from prison. One half of the 16 months was to be served in the

Bureau of Prison, and one half of the 16 months was to be served in home detention as special

condition of Defendant's supervised release. (Doc. 13) Defendant's motion states he has

completed his term of imprisonment and is currently in home detention in DeRidder, Louisiana.

The motion states Defendant has received a formal job offer from a company in Rhode Island

and that he cannot relocate and travel for his job unless he is on probation without home

detention. Defendant requests his sentence be modified to supervised release without home

detention. The motion states the Government does not object to the modification or Defendant

relocating to Rhode Island to start a new job. The Court finds Defendant's motion should be and

hereby is **granted.** Defendant's sentence is hereby modified, to wit, home detention as a special

condition of supervised release is hereby set aside.

IT IS SO ORDERED, this 14th day of February, 2006.

_____
    /s/ Harry F. Barnes
    Hon. Harry F. Barnes
    U.S. District Court